IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA SAUNDERS,

       Plaintiff,

v.                                   Case No. 4:14cv83-MW/CAS

CAROLYN W. COLVIN,
**Acting Commissioner of the Social
Security Administration,**

       Defendant.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No.19. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Commissioner's decision denying benefits is **AFFIRMED**. The Clerk must enter judgment and close the file.

SO ORDERED on December 15, 2014.

                                                  **s/Mark E. Walker            
United States District Judge**